States. *Edward B. Burling, Charles A. Horsky* and *Amy Ruth Mahin* for respondents. *John C. Gall* filed a brief on behalf of the Congress of the United States in support of the petition.

No. 892. ROTHENSIES, COLLECTOR OF INTERNAL REVENUE, *v.* ELECTRIC STORAGE BATTERY CO. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General McGrath* for petitioner. *Laurence H. Eldredge* and *Charles C. Norris, Jr.* for respondent.

No. 821. PYRAMID MOTOR FREIGHT CORP. *v.* ISPASS ET AL. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Charles Edward Cotterill* for petitioner. *John W. Scott* for respondents.

No. 848. VANSTON BONDHOLDERS PROTECTIVE COMMITTEE *v.* GREEN ET AL.;
No. 849. VANSTON BONDHOLDERS PROTECTIVE COMMITTEE *v.* EARLY ET AL.;
No. 850. VANHORN BONDHOLDERS PROTECTIVE COMMITTEE *v.* GREEN ET AL.; and
No. 851. VANHORN BONDHOLDERS PROTECTIVE COMMITTEE *v.* EARLY ET AL. March 25, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. MR. JUSTICE REED took no part in the consideration or decision of these applications. *George W. Jaques* and *LeWright Browning* for petitioner in Nos. 848 and 849. *Robert J. Bulkley* for petitioner in Nos. 850 and 851. *Oscar S. Rosner* for Green et al., and *Chas. I. Dawson* and *A. Shelby Winstead* for Early et al., respondents.